# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

Filed: September 6, 2019

```
* * * * * * * * * * * * * * * * * * * * * * * * *
FRANLINE LUCINDA DESTIN,          *
                                  *        No. 18-1206V
                                  *
                 Petitioner,      *        Special Master Sanders
v.                                *
                                  *
SECRETARY OF HEALTH               *        Stipulation for Award; Influenza
AND HUMAN SERVICES,               *         ("flu") Vaccine; Shoulder Injury; Bone
                                  *        Marrow Edema; Bursitis.
                                  *
                 Respondent.      *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

Carol L. Gallagher, Somers Point, NJ, for Petitioner.
Sarah C. Duncan, United States Department of Justice, Washington, DC, for Respondent.

## DECISION[1]

On August 13, 2018, Franline Destin ("Petitioner") filed a petition for compensation pursuant to the National Vaccine Injury Compensation Program.[2] 42 U.S.C. §§ 300aa-10 to -34 (2012). Petitioner alleged that the influenza ("flu") vaccine she received on October 30, 2017, caused her to suffer left shoulder injuries, including bone marrow edema/contusion in the greater tuberosity/humeral neck and mild subacromial/subdeltoid bursitis. *See* Stip. at 1, ECF No. 30. Petitioner further alleged that she experienced the residual effects of her injury for more than six months. *Id.*

On September 6, 2019, the parties filed a stipulation in which they state that a decision should be entered awarding compensation to Petitioner. *Id.* at 2. Respondent denies that the flu vaccine caused Petitioner's alleged left shoulder injuries, or any other injury (including a Shoulder Injury Related to Vaccine Administration or "SIRVA"). *Id.* Nevertheless, the parties agree to the joint stipulation, attached hereto as Appendix A. I find the stipulation reasonable and adopt it as the decision of the Court in awarding damages, on the terms set forth therein.

---

[1] This Decision shall be posted on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2012)). **This means the Decision will be available to anyone with access to the Internet.** As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).

[2] National Childhood Vaccine Injury Act of 1986, Pub L. No. 99-660, 100 Stat. 3755.

The parties stipulate that Petitioner shall receive the following compensation:

**A lump sum of $40,221.86 in the form of a check payable to [P]etitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

*Id.*

I approve the requested amount for Petitioner's compensation. Accordingly, an award should be made consistent with the stipulation.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of Court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

**IT IS SO ORDERED.**

s/Herbrina D. Sanders
Herbrina D. Sanders
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.